

# NUMBER 13-08-00190-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS,**                                    **Appellant,**

**v.**

**CARMEN RAMIREZ,**                                       **Appellee.**

---

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

---

### MEMORANDUM OPINION

### Before Justices Yanez, Garza, and Vela
### Memorandum Opinion Per Curiam

Appellant, the State of Texas, by and through its Criminal District Attorney, the Honorable René Guerra, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and filed
this 30th day of October, 2008.